M. H. METAL PRODUCTS CORPORATION, Appellant, v. ABE APRIL, Respondent.*—

* Revd., 251 N. Y. 146.

Judgment dismissing complaint affirmed, with costs. No opinion. Kapper, Hagarty, Seeger and Scudder, JJ., concur; Lazansky, P. J., dissents.